**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Deborah A. Goldfarb, California Bar No. 241942
Clayton T. Gaddis, California Bar No. 264759
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       deborah.goldfarb@bryancave.com
             clayton.gaddis@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

**LAW OFFICES OF KENNETH R. GRAHAM**
Kenneth R. Graham, California Bar No. 216733
Ekaterina Kashlinsky, California Bar No. 244799
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Telephone:   (925) 932-0170
Facsimile:   (925) 932-3940
Email:       kg@elaws.com

Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VIOLETA B. & EPIFANIO A. DEL VALLE, individuals,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BANK OF AMERICA, N.A., a Corporation; DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:11-cv-01215-MCE-KJN<br><br>**JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 143 AND 144; ORDER**<br><br>Complaint Filed:   April 1, 2011<br>Trial Date:        Not Yet Assigned<br>Judge:             Hon. Morrison C. England, Jr. |

SF01DOCS\32506.1

# **JOINT STIPULATION**

Defendant Bank of America, N.A. ("Defendant") and Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this action on April 1, 2011;

2. Defendants received notice of this action on April 5, 2011;

3. Defendants removed this action to the United States District Court, Eastern District on May 5, 2011;

4. Defendants' deadline to file a responsive pleading to Plaintiff's Complaint has not been set by Order of this Court;

5. Per Federal Rules of Civil Procedure, Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint is May 12, 2011;

6. In order to explore settlement negotiations, reduce cost of litigation for both parties, and unburden the Court's docket, Defendant, by and through its undersigned counsel, requests and Plaintiffs agree on May 11, 2011 that Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint shall be extended to June 23, 2011;

7. This is the first extension sought in this action by either party;

8. The stipulated extension to file a responsive pleading will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendant or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

Dated: May 18, 2011

**LAW OFFICES OF KENNETH R. GRAHAM**
Kenneth Graham

By: /s/
    Kenneth Graham
Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1
2  Dated: May 18, 2011                    **BRYAN CAVE LLP**
3                                          Deborah A. Goldfarb
                                           Clayton Gaddis
4
                                           By:  /s/ Clayton Gaddis
5                                               Clayton Gaddis
                                           Attorneys for Defendant
6                                          BANK OF AMERICA, N.A.

7
                                    **ORDER**
8

9      In accordance with the parties' stipulation, IT IS SO ORDERED. Defendant Bank of

10 America's deadline for filing a responsive pleading is hereby extended to June 23, 2011.

11
   Dated: May 18, 2011
12

13   _____
14   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
15

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

SF01DOCS\32506.1                          2