**BRYAN CAVE LLP**
Andrea Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   andrea.hicks@bryancave.com
    pengm@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

**LAW OFFICES OF KENNETH R. GRAHAM**
Kenneth R. Graham, California Bar No. 216733
Ekaterina Kashlinsky, California Bar No. 244799
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Telephone:   (925) 932-0170
Facsimile:   (925) 932-3940
Email:   kg@elaws.com

Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETA B. & EPIFANIO A. DEL VALLE, individuals,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>BANK OF AMERICA, N.A., a Corporation; DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-cv-01215-MCE-KJN<br><br>**JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 143 AND 144**<br><br>Complaint Filed:   April 1, 2011<br>Trial Date:   Not Yet Assigned<br>Judge:   Hon. Morrison C. England, Jr. |

SF01DOCS\32506.1

JOINT STIPULATION EXTENDING TIME – CASE NO. 2:11-CV-01215-MCE-KJN

## **JOINT STIPULATION**

Defendant Bank of America, N.A. ("Defendant") and Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this action on April 1, 2011;

2. Defendants received notice of this action on April 5, 2011;

3. Defendants removed this action to the United States District Court, Eastern District on May 5, 2011;

4. Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint has not been set by Order of this Court;

5. Per Federal Rules of Civil Procedure, Defendants' original deadline to file a responsive pleading to Plaintiffs' Complaint was May 12, 2011;

6. In May 2011, the parties stipulated, and the Court entered an order, to extend Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint to June 23, 2011,

7. In order to continue the exploration of settlement negotiations, reduce cost of litigation for both parties, and unburden the Court's docket, Defendant, by and through its undersigned counsel, requests and Plaintiffs agree, by and through their undersigned counsel, on May 14, 2011, that Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint shall be extended to July 29, 2011;

8. This is the second extension sought in this action;

9. The stipulated extension to file a responsive pleading will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

///
///
///
///
///
///

1  Nothing in this stipulation shall constitute a waiver of any arguments or defenses that
2  Defendant or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.
3
4  Dated: June 20, 2011              **LAW OFFICES OF KENNETH R. GRAHAM**
                                     Kenneth Graham
5
6                                    By:  */s/Kenneth R. Graham*
                                         Kenneth R. Graham
7                                    Attorneys for Plaintiffs
                                     VIOLETA B. & EPIFANIO A. DEL VALLE
8
9  Dated: June 20, 2011              **BRYAN CAVE LLP**
                                     Andrea M. Hicks
10                                   Michael J. Peng
11
12                                   By:  /s/ Andrea M. Hicks
                                         Andrea M. Hicks
13                                   Attorneys for Defendant
                                     BANK OF AMERICA, N.A.
14
15        IT IS SO ORDERED.
16  Date: June 20, 2011
17
18
19
20                                   _____
                                     MORRISON C. ENGLAND, JR
21                                   UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907