**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Alison V. Lippa, California Bar No. 160807
Michael J. Peng, California Bar No. 260852
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   scott.greene@bryancave.com
         andrea.hicks@bryancave.com
         pengm@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

**LAW OFFICES OF KENNETH R. GRAHAM**
Kenneth R. Graham, California Bar No. 216733
Ekaterina Kashlinsky, California Bar No. 244799
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Telephone:   (925) 932-0170
Facsimile:   (925) 932-3940
Email:   kg@elaws.com

Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VIOLETA B. & EPIFANIO A. DEL VALLE, individuals,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A., a Corporation; DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-01215-MCE-KJN<br><br>**JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 143 AND 144; ORDER THEREON**<br><br>Complaint Filed:　April 1, 2011<br>Trial Date:　　　Not Yet Assigned<br>Judge:　　　　　Hon. Morrison C. England, Jr. |

SF01DOCS\32506.1

# **JOINT STIPULATION**

Defendant Bank of America, N.A. ("Defendant") and Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this action on April 1, 2011;

2. Defendants received notice of this action on April 5, 2011;

3. Defendants removed this action to the United States District Court, Eastern District on May 5, 2011;

4. Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint has not been set by Order of this Court;

5. Per Federal Rules of Civil Procedure, Defendants' original deadline to file a responsive pleading to Plaintiffs' Complaint was May 12, 2011;

6. The Parties previously stipulated, and the Court entered an order, to extend Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint to September 12, 2011, therefore, there has been a four-month extension of time;

7. The parties are currently exploring available settlement options, therefore, to continue these negotiations, reduce cost of litigation for both parties, and unburden the Court's docket, Defendant, by and through its undersigned counsel, requests and Plaintiffs agree, by and through their undersigned counsel, on September 7, 2011, that Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint shall be extended by 45-days, to October 27, 2011;

8. The stipulated extension to file a responsive pleading will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1  Nothing in this stipulation shall constitute a waiver of any arguments or defenses that
2  Defendant or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

Dated:  September 22, 2011

**LAW OFFICES OF KENNETH R. GRAHAM**
Kenneth Graham

By:  */s/ Kenneth R. Graham*
        Kenneth R. Graham
Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE

Dated:  September 22, 2011

**BRYAN CAVE LLP**
Andrea M. Hicks
Michael J. Peng

By:  /s/ *Michael J. Peng*
        Michael J. Peng
Attorneys for Defendant
BANK OF AMERICA, N.A.

The Court has previously informed the parties that no further extensions would be granted. Accordingly, the parties' stipulation is rejected and the request for a further extension to file a responsive pleading is DENIED. Defendant shall file a responsive pleading with the court not later than twenty (20) days after this order is filed electronically.

**IT IS SO ORDERED.**

Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE