LAW OFFICES OF KENNETH R. GRAHAM
Kenneth R. Graham, California Bar No. 216733
Christine S. Louie, California Bar No. 264868
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Telephone:     (925) 932-0170
Facsimile:      (925) 932-3940
Email:            kg@elaws.com
Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE


BRYAN CAVE LLP
Andrea Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            andrea.hicks@bryancave.com
                     pengm@bryancave.com
Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VIOLETA B. & EPIFANIO A. DEL VALLE, individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BANK OF AMERICA, N.A., a Corporation; DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-01215-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSSAL OF CASE WITH PREJUDICE**<br><br>F.R.C.P. 41(a)(1)(A) |

**JOINT STIPULATION**

Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this action on April 1, 2011;

2. Defendant removed this action to the United States District Court, Eastern District on May 5, 2011;

3. Defendant filed its answer to the Complaint on October 14, 2011;

4. Plaintiffs and Defendant have successfully worked out a settlement of the claims in this case;

5. Plaintiffs and Defendant now stipulate that the matter be dismissed with prejudice as to all defendants and all causes of action.


Dated: December 16, 2011                Law Offices of Kenneth R. Graham


                                        ___/s/ Kenneth R. Graham_____
                                        Kenneth R. Graham
                                        Attorneys for Plaintiffs
                                        VIOLETA B. & EPIFANIO A.
                                        DEL VALLE



Dated: December 16, 2011                Bryan Cave LLP


                                        ___/s/ Michael Peng_____
                                        Michael Peng
                                        Attorneys for Defendant
                                        BANK OF AMERICA, N.A.

JOINT STIPULATION FOR DISMISSSAL OF CASE WITH PREJUDICE

**ORDER**

Having reviewed the Joint Stipulation of Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") and good cause appearing,

**IT IS ORDERED THAT:**

This Action is hereby dismissed with prejudice as to all defendants and all causes of action. The Clerk of the Court is directed to close this case.

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE