LAW OFFICES OF KENNETH R. GRAHAM
Kenneth R. Graham, California Bar No. 216733
Christine S. Louie, California Bar No. 264868
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Telephone:      (925) 932-0170
Facsimile:      (925) 932-3940
Email:          kg@elaws.com
Attorneys for Plaintiffs
VIOLETA B. & EPIFANIO A. DEL VALLE


BRYAN CAVE LLP
Andrea Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
Email:          andrea.hicks@bryancave.com
                pengm@bryancave.com
Attorneys for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VIOLETA B. & EPIFANIO A. DEL VALLE, individuals,<br><br>               Plaintiffs,<br><br>               vs.<br><br>BANK OF AMERICA, N.A., a Corporation; DOES 1 through 50, inclusive,<br><br><br>               Defendants. | Case No. 2:11-cv-01215-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSSAL OF CASE WITH PREJUDICE**<br><br>**F.R.C.P. 41(a)(1)(A)** |

1

**JOINT STIPULATION**

Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1.   Plaintiffs filed their Complaint in this action on April 1, 2011;

2.   Defendant removed this action to the United States District Court, Eastern District on May 5, 2011;

3.   Defendant filed its answer to the Complaint on October 14, 2011;

4.   Plaintiffs and Defendant have successfully worked out a settlement of the claims in this case;

5.   Plaintiffs and Defendant now stipulate that the matter be dismissed with prejudice as to all defendants and all causes of action.


Dated: December 16, 2011                    Law Offices of Kenneth R. Graham


                                            ___/s/ Kenneth R. Graham_____
                                            Kenneth R. Graham
                                            Attorneys for Plaintiffs
                                            VIOLETA B. & EPIFANIO A.
                                            DEL VALLE




Dated: December 16, 2011                    Bryan Cave LLP


                                            ___/s/ Michael Peng_____
                                            Michael Peng
                                            Attorneys for Defendant
                                            BANK OF AMERICA, N.A.

JOINT STIPULATION FOR DISMISSSAL OF CASE WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the Joint Stipulation of Plaintiffs Violeta B. and Epifanio A. Del Valle ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") and good cause appearing,

**IT IS ORDERED THAT:**

This Action is hereby dismissed with prejudice as to all defendants and all causes of action.  The Clerk of the Court is directed to close this case.

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSSAL OF CASE WITH PREJUDICE